JOHN L. BURRIS, Esq. (SBN 69888)
DeWITT M. LACY, Esq. (SBN 258789)
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
T: (510) 839-5200
F: (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD GREEN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SUTTER WEST BAY HOSPITALS, dba California Pacific Medical Center, St. Luke's Campus and DOES 1-20,<br><br>Defendants. | Case No. 3:14-cv-01678 JD<br><br>**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2) AND** ~~RTQRQUGF~~ **'ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the Defendants Sutter West Bay Hospitals be and hereby are DISMISSED WITHOUT PREJUDICE pursuant to FRCP 41(a)(2).  Each party agrees to bear his or her own costs and attorneys' fees.  Counsel for Plaintiff represents he has authority from Plaintiff to enter into this Stipulation.

IT IS SO STIPULATED

Case No. 3:14-cv-01678 JD

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2)AND ORDER THEREON**

Dated: January 19, 2016

        */s/ Kristen Pico*       .
KRISTEN PICO
Attorney for Defendants
*Ms. Pico authorized the affixation of her electronic signature.

Dated:  January 19, 2016

      */s/ DeWitt M. Lacy*    
DEWITT M. LACY
Attorney for Plaintiff

2

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2)AND'ORDER THEREON**

ORDER

Based upon the foregoing Stipulation for Dismissal pursuant to F.R.C.P. 41(a)(2), and good cause appearing, **IT IS SO ORDERED** that Defendants Sutter West Bay Hospitals and hereby dismissed without prejudice, with each party to bear his or her own costs and attorneys' fees.

Dated: Lcpwct{"43."4238



_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

3

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2) AND ORDER THEREON**